# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA AND RUSSELL MARBURY

VERSUS

CRACKER BARREL OLD COUNTRY
STORE, INC. AND SAFETY
NATIONAL CASUALTY
CORPORATION

NO.  2022 CW 0330

JUNE 21, 2022

---

In Re:   Cracker  Barrel  Old  Country  Store,  Inc.,  Safety
         National  Casualty  Corporation,  Allied  World  National
         Assurance  Company,  and  Megan  Childers,  applying  for
         supervisory  writs,  19th  Judicial  District  Court,
         Parish of East Baton Rouge, No. 668,769.

---

BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.

   WRIT DENIED. The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

                         **VGW**
                         **JMG**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT